January 31, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

MERRY HOMES, INC., Appellant

NO. 14-11-00259-CV　　　　　　　V.

LUC DAO, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, LUC DAO, signed February 22, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order the parties to bear their own costs of appeal. We further order this decision certified below for observance.